IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES W.E. ZOLLIECOFFER'EL, )
Inmate #R23723, )
　　　　　　　　　　　　　　　　 )
　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　 )
vs. ) CIVIL NO. 06-1010-GPM
　　　　　　　　　　　　　　　　 )
ROGER E. WALKER, *et al.*, )
　　　　　　　　　　　　　　　　 )
　　　　　　Defendants. )

# ORDER

**MURPHY, Chief District Judge:**

　　　　Currently pending before the Court is Plaintiff's motion to reconsider the order denying his motion for leave to proceed in this action *in forma pauperis* because he has accumulated three "strikes" pursuant to 28 U.S.C. § 1915(g). In this motion to reconsider, Plaintiff claims that he forgot about some of the prior civil suits, and furthermore, that the Court should not penalize him for his inability to pay the $350 filing fee when his claims have merit.

　　　　Plaintiff makes no argument that he has not accumulated three strikes and therefore no valid argument for reconsideration of the order denying *in forma pauperis* status. Accordingly, the motion for reconsideration (Doc. 12) is **DENIED**. Plaintiff shall pay the full filing fee of $350 for this action within **FIFTEEN (15) DAYS** of the entry of this Order. If Plaintiff does not comply with this Order in the time allotted, this action will be dismissed for failure to comply with an order of this Court. FED. R. CIV. P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997);

*Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

DATED: 08/13/07

                                                s/ G. Patrick Murphy

                                                G. Patrick Murphy
                                                Chief United States District Judge