### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JAMES W.E. ZOLLIECOFFER'EL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 06-1010-GPM** |
| | ) | |
| **ROGER E. WALKER,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>MEMORANDUM AND ORDER</u>

**MURPHY, Chief District Judge:**

Several motions are pending in this action, the first of which is Plaintiff's motion for appointment of counsel (Doc. 3). When deciding whether to appoint counsel, the Court must first determine if a *pro se* litigant has made reasonable efforts to secure counsel before resorting to the courts. *Jackson v. County of McLean*, 953 F.2d 1070, 1072 (7th Cir. 1992). Plaintiff makes no showing that he has attempted to retain counsel. Therefore, the Court finds that appointment of counsel is not warranted at this time. Accordingly, Plaintiff's motion for appointment of counsel is **DENIED**.

Also pending are Plaintiff's motion for production of documents (Docs. 4), Plaintiff's motion opposing summary judgment for Defendants (Doc. 5), Plaintiff's motion for judgment on the pleadings (Doc. 6), Plaintiff's motion to schedule a date for jury selection and for trial (Doc. 8), and Plaintiff's motion for trial by court and for speedy trial (Doc. 9).

Until the Court has completed a preliminary review of the complaint, *see* 28 U.S.C. § 1915A, all of these motions are premature. Therefore, each of these motions is **DENIED** without prejudice.

Once the Court has completed that preliminary review, Plaintiff may refile any of these motions as deemed necessary.

**IT IS SO ORDERED.**

DATED:  09/05/07

s/ G. Patrick Murphy
G. Patrick Murphy
Chief United States District Judge