IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES W.E. ZOLLIECOFFER'EL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 06-1010-GPM |
| ) | |
| ROGER E. WALKER, JR., *et al.*, ) | |
| ) | |
| Defendants. ) | |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Plaintiff, a prisoner proceeding *pro se*, filed this civil action pursuant to 42 U.S.C. § 1983. With his complaint, Plaintiff filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, which the Court denied because Plaintiff has "three strikes" under § 1915(g). Three times this Court has directed Plaintiff to pay the full $350 filing fee within fifteen days (Docs. 11, 13, 16). Each time, Plaintiff was warned that his failure to comply with the Court's Order could result in the dismissal of his action pursuant to Federal Rule of Civil Procedure 41(b). Despite this, Plaintiff still has not paid the full $350 filing fee. Accordingly, this action is **DISMISSED with prejudice** for Plaintiff's failure to comply with the Court's Orders. *See* FED. R. CIV. P. 41(b).

**IT IS SO ORDERED.**

DATED: 12/19/07

s/ G. Patrick Murphy
G. Patrick Murphy
United States District Judge