IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES W.E. ZOLLIECOFFER'EL, )
)
      Plaintiff, )
)
vs. ) CIVIL NO. 06-1010-GPM
)
ROGER E. WALKER, JR., *et al.*, )
)
      Defendant. )

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. This action came before the Court following Plaintiff's failure to pay the full $350 filing fee as previously ordered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed for Plaintiff's failure to comply with an order of this Court. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

    **DATED**: 12/19/07

                                  NORBERT G. JAWORSKI, CLERK

                                  By: s/ Linda M. Cook
                                           Deputy Clerk

APPROVED: s/ G. Patrick Murphy
                G. PATRICK MURPHY
                U.S. DISTRICT JUDGE